PROB 12C
(7/93)

Report Date: December 23, 2013

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Jesus Ceja-Cervantes         Case Number: 2:12CR06040-001

Address of Offender: Central Arizona Detention Center, Florence, Arizona

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 3, 2012

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:       Prison - 1 year plus 1 day        Type of Supervision: Supervised Release
                         TSR - 3 years

Asst. U.S. Attorney:     Benjamin David Seal              Date Supervision Commenced: June 19, 2013

Defense Attorney:        Alison Klare Guernsey            Date Supervision Expires: June 18, 2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 11, 2013, a criminal complaint was filed in the U.S. District Court for the District of Arizona, charging the defendant with count 1: Alien Eluding Examination and Inspection by Immigration Officers of the U.S. and count 2: Illegal Entry, in violation of 8 U.S.C. §§ 1325 & 1326, docket number 4:13PO36087-JR.<br><br>According to the complaint, on or about December 8, 2013, U.S. Border Patrol agents discovered the defendant in the U.S. near San Miguel, Arizona. Mr. Ceja-Cervantes admitted to entering the U.S. illegally and failed to apply for permission from the proper authorities to reenter the U.S.<br><br>On the same day the complaint was filed, in the U.S. District Court, for the District of Arizona, the defendant entered a plea to count 1 of the complaint, Alien Eluding Examination of Inspection by Immigration Officers of the U.S., a petty offense, in violation of 8 U.S.C. § 1325. Count 2 of the complaint, Illegal Reentry, a felony offense, in violation of 8 U.S.C. § 1326 was dismissed. |

Prob12C
**Re: Ceja-Cervantes, Jose Jesus**
**December 23, 2013**
**Page 2**

On the same day the complaint and plea agreement were filed in the U.S. District Court, for the District of Arizona, Mr. Ceja-Cervantes was sentenced to 180 days imprisonment and no supervision to follow. He is currently in custody at the Central Arizona Detention Center, in Florence, Arizona, serving his term. His projected release date is unknown at this time.

2   **Special Condition # 14**: You are prohibited from returning to the U.S. without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the U.S., you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the U.S. without permission on or about December 8, 2013, as noted in violation 1. According to ICE, the defendant was deported to Mexico on June 19, 2013, at Brownsville, Texas, and has not obtained legal permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/23/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

12/24/2013
Date